UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:05-CV-0443-MCE-KJM |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| MICHAEL CLAUDE DuPRATT, | |
| Defendant. | |

This matter was set for Plaintiff's Motion for Summary Judgment on August 7, 2006. Assistant United States Attorney, Bobbie J. Montoya, appeared for the United States. Leonard W. Blok, III, counsel for Defendant, failed to appear.

Accordingly, the Court hereby makes the following ORDERS:

1. Plaintiff's Motion for Summary Judgment is continued to September 25, 2006, at 9:00 a.m.;

///

///

///

1

1  2. Defense counsel, Leonard W. Blok, III, is ordered to SHOW
2 CAUSE in writing within seven (7) days of the date of this Order
3 why sanctions in the amount of Two Hundred and Fifty Dollars
4 ($250.00) should not be imposed upon him for failing to appear.
5  IT IS SO ORDERED.
6 DATED: August 25, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2