UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

MICHAEL C. DuPRATT,

        Defendant.

2:05-CV-0443-MCE-KJM

MEMORANDUM AND ORDER

On August 25, 2006, the above entitled matter came before the Court for hearing on Plaintiff's Motion for Summary Judgment.[1] Plaintiff's Counsel appeared for the United States, however, Defense counsel, Leonard W. Blok, III, ("Blok") failed to appear on behalf of his client. In response, the Court issued an Order to Show Cause why sanctions should not be imposed for failing to appear. Blok submitted his written response on August 31, 2006.

---

[1] Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefs. E.D. Cal. Local Rule 78-230(h).

1

Having read and considered Blok's Response, and good cause appearing therefore, the Court hereby vacates its Order to Show Cause.  The Court accepts Blok's apology and no sanctions will be imposed.  In addition, the pending Motion to Withdraw is GRANTED.  Defendant DuPratt may proceed in pro se.  DuPratt's Opposition to Plaintiff's Motion for Summary Judgment filed on July 20, 2006, is accepted by the court.

Mr. Blok is formally relieved from any further representation of Mr. DuPratt and Mr. DuPratt is now appearing *pro se*. All communication from the court and or the opposing party will henceforth be sent directly to Mr. DuPratt.

IT IS SO ORDERED.

DATED: September 21, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE