```
McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2775

Attorneys for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2: 05-cv-0443-MCE-KJM |
| Plaintiff, | |
| v. | FINAL ORDER |
| MICHAEL C. DuPRATT, | |
| Defendant. | |

    Through this action, the United States of America ("Government") alleged that Defendant Michael C. DuPratt ("Defendant") was in default of a contract entered into between he and the U.S. Public Health Service, Department of Health and Human Services.  Specifically, the Government averred Defendant was in breach of his contractual and statutory obligations to repay funds awarded him through the National Health Service Corps Scholarship Program.  By Memorandum and Order issued November 6, 2006, the Government's motion for summary judgment was granted.  On November 15, 2006, the Government filed a Notice of Plaintiff United States of America's Filing Accounting of Damages Owed by Defendant in Compliance with the Court's November 6, 2006 Order, along with the Declaration of Barry M. Blum ("Blum Declaration") in support thereof.

    Based upon the findings set forth in the Court's November 6, 2006 Memorandum and Order, the Blum Declaration and the Government's November 15, 2006 Accounting of Damages, and the Court being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED:

1. The findings and conclusions set forth in the November 6, 2006 Memorandum and Order are incorporated herein by reference.

2. The Government is entitled to judgment as a matter of law.

3. Judgment shall be entered against Defendant as follows:

   a) As of November 15, 2006, defendant owed $277,824.82 in principal and $518,084.13 in interest, for a total sum of $795,908.95. Blum Decl. at ¶ 14. Damages continue to accrue on the principal in the amount of $105.22 per day until judgment is entered. *Id*. at ¶ 15. Accordingly, Defendant is adjudged to pay to the Government damages in the amount of $796,014.17, judgment *nunc pro tunc* to November 16, 2006.[1]

   b) Post-judgment interest on all amounts awarded by this Order, at the current legal rate, computed daily and compounded annually until paid, pursuant to 28 U.S.C. § 1961, judgment *nunc pro tunc* to November 16, 2006.

   c) Court costs of $49.62 for U.S. Marshals' fees, and $250.00 docket fees, for a total of $299.62, pursuant to 28 U.S.C. §§ 1920, 1921 and 1923.

IT IS SO ORDERED.

Dated: March 26, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Presented by:
McGREGOR W. SCOTT
United States Attorney

   */s/ Bobbie J. Montoya*
By: _____
   BOBBIE J. MONTOYA
   Assistant U.S. Attorney

---

[1] Damages are being calculated as if final judgment were being entered on November 16, 2006, the day after the Government submitted its accounting of damages, so that Defendant is not prejudiced by the delay in the entry of final judgment.